## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW C. WILSON, <br> WILSON AVIATION, LLC <br><br> Plaintiffs, <br><br> v. <br><br> CRAWFORD COUNTY AIRPORT AUTHORITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Comes now Plaintiffs, by and through their attorneys, and state as follows:

1. At all times relevant, Plaintiff MATTHEW C. WILSON, is a citizen and resident of Crawford County, Illinois.

2. At all times relevant, Plaintiff WILSON AVIATION, LLC, is an Illinois Limited Liability Company.

## COUNT I

3. At all times relevant, Plaintiff MATTHEW C. WILSON, is a citizen and resident of Crawford County, Illinois.

4. At all times relevant, Plaintiff WILSON AVIATION, LLC, is an Illinois Limited Liability Company.

5. That at all times relevant, Defendant Crawford County Airport Authority ("CCAA") is an entity existing at law.

6. This Court has subject matter jurisdiction under 28 USC 1331.

7. That Plaintiff Wilson is a longstanding customer/tenant of Defendant CCAA's airplane hangers.

8. That following a tornado in 2023, the existing hangers were destroyed, and replaced with new hangers.

9. That in March 19, 2024, Plaintiff Wilson learned, while attending a CCAA board meeting, that CCAA was failing and refusing to rent a hanger to Plaintiff Wilson, even though same was not on the formal agenda.

10. The stated reason Plaintiff's past payment history.

11. That based on agreements with CCAA, Plaintiff's past payment history for hanger rent was timely at all relevant times.

12. That in truth and fact, the stated reason for refusing to rent to Plaintiff was a pretext, and that the true reason was retaliation for CCAA's belief that Plaintiff Wilson would be redressing his grievances with CCAA in Court.

13. At all times relevant, Defendant CCAA had a duty under the First and 14th Amendment, to not discriminate or retaliate, based on mere lawful speech or possibility of future litigation.

14. In violation of 1983, Defendant CCAA acted as heretofore alleged.

15. As a proximate cause, Plaintiff Wilson has been damaged in an amount in excess of $20.00.

WHEREFORE, Plaintiff Wilson requests this Court enter judgment in his favor, and against CCAA, in an amount of damages in excess of $20.00, ordering Defendant CCAA to lease an airport hanger to him under normal commercial terms offered to the general public, and for costs and attorney fees under 42 USC 1988, and such other, further and different relief allowed by law.

## COUNT II

16. At all times relevant, Plaintiff MATTHEW C. WILSON, is a citizen and resident of Crawford County, Illinois.

17. At all times relevant, Plaintiff WILSON AVIATION, LLC, is an Illinois Limited Liability Company.

18. That at all times relevant, Defendant Crawford County Airport Authority ("CCAA") is an entity existing at law.

19. That on or about December 17, 2024, Plaintiff Wilson Aviation sent a letter to Defendant CCAA, requesting hanger space for an aircraft, tail number N5286T.

20. That on December 17, 2024, Defendant CCAA, denied such request, on the basis that there was an ongoing dispute with Renegade Energy, over money owed to Renegade Energy, and therefore the request for hanger space was denied.

21. No other reason to deny hanger space was articulated.

22. At all times relevant, Defendant CCAA had a duty under the First and 14th Amendment, to not discriminate or retaliate, based on mere lawful speech or possibility of future litigation.

23. In violation of 1983, Defendant CCAA acted as heretofore alleged.

24. As a proximate cause, Plaintiff Wilson Aviation has been damaged in an amount in excess of $20.00.

WHEREFORE, Plaintiff Wilson Aviation, LLC requests this Court enter judgment in his favor, and against CCAA, in an amount of damages in excess of $20.00, ordering Defendant CCAA to lease an airport hanger to him under normal commercial terms offered to the general public, and for costs and attorney fees under 42 USC 1988, and such other, further and different relief allowed by law.

Respectfully Submitted,

By/s/Thomas G. Maag
Thomas G. Maag #6272640
22 West Lorena Avenue
Wood River, IL  62095
Maaglawoffice@gmail.com
Phone 618-216-5291

.